UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : CIVIL NO. 1:00-CV-2123 |
| Plaintiff | : (Judge Rambo) |
| v. | : (Magistrate Judge Smyser) |
| SUPERINTENDENT DRAGOVICH, OFFICER VALENTINE, OFFICER ZIMMERMAN, OFFICER TAYLOR, OFFICER NOVAK, OFFICER NEY, and OFFICER SWIFT, | : |
| Defendants | : |

FILED
HARRISBURG, PA
DEC 14 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

Pursuant to the Administrative Order issued December 11, 2000, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).[1]

J. Andrew Smyser
Magistrate Judge

Dated: December 14, 2000.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 14, 2000

Re:  1:00-cv-02123    Jae v. Dragovich

True and correct copies of the attached were mailed by the clerk to the following:

```
John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370
```

```
cc:
Judge                          ( )
Magistrate Judge               (✓)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (✓) with N/C attached to complt. and served by:
                                   U.S. Marshal (✓)    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )    PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____         ( )
```

MARY E. D'ANDREA, Clerk

DATE: 12/14/00                          BY: _____
                                             Deputy Clerk