**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI-Greene**
(724) 852-2902 x420
December 19, 2000

**SUBJECT:** Civil Case #00-cv-02123
For John Richard Jae

**TO:** U.S. District Court
Middle District of PA

**FROM:** D. Lisa Orndoff
Accounting Assistant

FILED
SCRANTON
DEC 22 2000
PER _____ DEPUTY CLERK

Please find attached a copy of inmate John Jae's inmate account statement for the past six months.

The inmate has had a negative account balance for the past six months.

No initial filing fee is being forwarded to you at this time due to non-sufficient funds on the account. However, as soon as monies are deposited into his account, a 20% fee will be sent to you.

If you have any questions, or do not agree with this initial filing fee, please do not hesitate to contact me.

Attachments (1)

cc: File

*president*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAE v. DRAGOVICH, et al. : Civil Action No. 1:00-cv-02123

Inmate: John Richard Jae :

ID Number: #BQ-3219 :

FILED
HARRISBURG, PA
DEC 11 2000
MARY E. D'ANDREA, C
Per _____

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM         RUN     IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING        DATE 12/19/2000
REMOTE PRINT TIME 13:06              FROM PURGE FILE             PAGE         1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BQ3219 | JAE | JOHN | R | -332.79 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -1.87 | -334.66 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.75 | -337.41 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.09 | -339.50 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -340.49 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -341.48 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -342.47 |
| 5516 | 04-20-2000 | 41 | MEDICAL MEDICAL SERVICES | -2.00 | -344.47 |
| 5521 | 04-25-2000 | 38 | INSIDE PURCHASES LIBRARY BOOK | -2.00 | -346.47 |
| 5601 | 04-26-2000 | 14 | MISCELLANEOUS POSTAGE REFUND-MARCH | 4.30 | -342.17 |
| 5689 | 05-05-2000 | 37 | POSTAGE 05/05/00 | -3.20 | -345.37 |
| 5738 | 05-12-2000 | 37 | POSTAGE POSTAGE DONE 5-11-00 | -.55 | -345.92 |
| 5738 | 05-12-2000 | 37 | POSTAGE POSTAGE DONE 5-11-00 | -.55 | -346.47 |
| 5765 | 05-17-2000 | 37 | POSTAGE 5/17/00 | -3.20 | -349.67 |
| 5847 | 05-31-2000 | 37 | POSTAGE 5/31/00 | -1.21 | -350.88 |
| 5873 | 06-02-2000 | 37 | POSTAGE 6/2/00 | -2.31 | -353.19 |
| 5875 | 06-05-2000 | 37 | POSTAGE 6/5/00 | -6.50 | -359.69 |
| 5830 | 06-07-2000 | 41 | MEDICAL MEDICAL SERVICES | -6.00 | -365.69 |
| 0 | 06-15-2000 | 92 | TRANSFER OUT CAMP HILL | | |
| 0 | 06-15-2000 | 91 | TRANSFER IN WAYMART | | |
| 449 | 06-15-2000 | 37 | POSTAGE | -4.30 | -369.99 |
| 449 | 06-15-2000 | 37 | POSTAGE | -1.87 | -371.86 |
| 449 | 06-15-2000 | 37 | POSTAGE | -.77 | -372.63 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE 12/19/2000
REMOTE PRINT TIME 13:06           FROM PURGE FILE            PAGE          2

   INMATE     NAME
   NUMBER     LAST              FIRST          MI
   BQ3219     JAE               JOHN           R

 BATCH     DATE                                         TRANSACTION  BALANCE AFTER
   #    MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

  484  06-21-2000  37  POSTAGE
                                                            -.55        -373.18
    0  06-21-2000  92  TRANSFER OUT
                       WAYMART
    0  06-21-2000  91  TRANSFER IN
                       CAMP HILL

                  BALANCE AFTER THESE TRANSACTIONS------>              -373.18
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE 12/19/2000
REMOTE PRINT TIME 13:06              FROM PURGE FILE           PAGE          1

     INMATE    NAME
     NUMBER    LAST                 FIRST          MI          STARTING BALANCE
     BQ3219    JAE                  JOHN           R                   -373.18

  BATCH     DATE                                             TRANSACTION BALANCE AFTER
    #     MO DY YEAR     TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

      0   07-05-2000  92  TRANSFER OUT
                          CAMP HILL
      0   07-05-2000  91  TRANSFER IN
                          WAYMART
    574   07-06-2000  37  POSTAGE
                                                               -1.21       -374.39
    574   07-06-2000  37  POSTAGE
                                                                -.55       -374.94
    574   07-06-2000  37  POSTAGE
                                                                -.55       -375.49
    574   07-06-2000  37  POSTAGE
                                                               -1.43       -376.92
    574   07-06-2000  37  POSTAGE
                                                                -.77       -377.69
    602   07-10-2000  37  POSTAGE
                                                                -.99       -378.68
    614   07-11-2000  37  POSTAGE
                                                               -2.75       -381.43
      0   07-19-2000  92  TRANSFER OUT
                          WAYMART
      0   07-21-2000  91  TRANSFER IN
                          CAMP HILL
   6202   07-24-2000  41  MEDICAL
                          MEDICAL SERVICES                     -8.00       -389.43
   6202   07-26-2000  37  POSTAGE
                          MEDICAL SERVICES                     -2.00       -391.43
   6282   08-01-2000  37  POSTAGE
                          DONE 7-31-2000                        -.22       -391.65
   6285   08-01-2000  41  MEDICAL
                          MEDICAL SERVICES                     -2.00       -393.65
   6312   08-03-2000  37  POSTAGE
                          DONE 8-2-2000                         -.77       -394.42
   6312   08-03-2000  37  POSTAGE
                          DONE 8-2-2000                        -2.09       -396.51
   6312   08-03-2000  37  POSTAGE
                          DONE 8-2-2000                        -4.30       -400.81
   6285   08-03-2000  41  MEDICAL
                          MEDICAL SERVICES                     -2.00       -402.81
   6340   08-04-2000  37  POSTAGE
                          U.P.S.                               -8.12       -410.93
   6439   08-21-2000  41  MEDICAL
                          MEDICAL SERVICES                     -6.00       -416.93
   6455   08-23-2000  37  POSTAGE
                          POSTAGE 8-22-2000                    -2.53       -419.46
```

Case 1:00-cv-02123-SHR    Document 8    Filed 12/22/2000    Page 5 of 9

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING         DATE 12/19/2000
REMOTE PRINT TIME 13:06              FROM PURGE FILE              PAGE           2

     INMATE    NAME
     NUMBER    LAST                  FIRST              MI
     BQ3219    JAE                   JOHN               R
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 6502 | 08-30-2000 | 41 | MEDICAL | | |
| | | | MEDICAL SERVICES | -6.00 | -425.46 |
| 6559 | 09-07-2000 | 37 | POSTAGE | | |
| | | | DONE 9-6-00 | -2.31 | -427.77 |
| 6559 | 09-07-2000 | 37 | POSTAGE | | |
| | | | POSTAGE DONE 9-6-2000 | -.77 | -428.54 |
| 6575 | 09-08-2000 | 37 | POSTAGE | | |
| | | | POSTAGE DONE 9-8-2000 | -.66 | -429.20 |
| 6591 | 09-12-2000 | 37 | POSTAGE | | |
| | | | DONE 9-11-2000 | -2.09 | -431.29 |
| 6591 | 09-12-2000 | 37 | POSTAGE | | |
| | | | DONE 9-11-2000 | -.77 | -432.06 |
| 6625 | 09-18-2000 | 14 | MISCELLANEOUS | | |
| | | | REIM STATIONARY | 6.49 | -425.57 |
| 6593 | 09-20-2000 | 41 | MEDICAL | | |
| | | | MEDICAL SERVICES | -4.00 | -429.57 |
| 6593 | 09-21-2000 | 14 | MISCELLANEOUS | | |
| | | | REFUND MEDICAL SERVICES | 8.00 | -421.57 |
| 6674 | 09-25-2000 | 37 | POSTAGE | | |
| | | | DONE 9-25-2000 | -.55 | -422.12 |
| 6685 | 09-27-2000 | 37 | POSTAGE | | |
| | | | DONE 9-26-00 | -.77 | -422.89 |
| 6685 | 09-27-2000 | 37 | POSTAGE | | |
| | | | DONE 9-26-00 | -.55 | -423.44 |
| 6685 | 09-27-2000 | 37 | POSTAGE | | |
| | | | DONE 9-26-00 | -.77 | -424.21 |
| 6685 | 09-27-2000 | 37 | POSTAGE | | |
| | | | DONE 9-26-00 | -.77 | -424.98 |
| 6685 | 09-27-2000 | 37 | POSTAGE | | |
| | | | DONE 9-26-00 | -.33 | -425.31 |
| 6685 | 09-27-2000 | 37 | POSTAGE | | |
| | | | DONE 9-26-00 | -.33 | -425.64 |

```
                      BALANCE AFTER THESE TRANSACTIONS------>       -425.64
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE 12/19/2000
REMOTE PRINT TIME 13:06            FROM ACTIVE FILE             PAGE          1

   INMATE    NAME
   NUMBER    LAST              FIRST            MI          STARTING BALANCE
   BQ3219    JAE               JOHN             R                   -425.64

 BATCH     DATE                                        TRANSACTION  BALANCE AFTER
   #    MO DY YEAR      TRANSACTION DESCRIPTION          AMOUNT      TRANSACTION

 6715  10-02-2000   41  MEDICAL
                        MEDICAL SERVICES                    -2.00       -427.64
 6715  10-02-2000   14  MISCELLANEOUS
                        REFUND MEDICAL SERVICES              2.00       -425.64
 6769  10-10-2000   37  POSTAGE
                        DONE 10-4-2000                       -.99       -426.63
 6769  10-10-2000   37  POSTAGE
                        DONE 10-4-2000                       -.77       -427.40
 6780  10-10-2000   41  MEDICAL
                        MEDICAL SERVICES                    -4.00       -431.40
 6810  10-13-2000   37  POSTAGE
                        DONE 10-11-2000                     -3.20       -434.60
 6810  10-13-2000   37  POSTAGE
                        DONE 10-11-2000                      -.77       -435.37
 6825  10-20-2000   38  INSIDE PURCHASES
                        LIBRARY BOOK                        -4.95       -440.32
 6890  10-25-2000   37  POSTAGE
                        DONE 10-25-2000                     -2.09       -442.41
    0  10-26-2000   92  TRANSFER OUT
                        CAMP HILL
    0  10-26-2000   91  TRANSFER IN
                        GREENE
    0  10-31-2000   92  TRANSFER OUT
                        GREENE
    0  10-31-2000   91  TRANSFER IN
                        CAMP HILL
 6909  10-31-2000   37  POSTAGE
                        U.P.S.                             -13.07       -455.48
    0  10-31-2000   92  TRANSFER OUT
                        CAMP HILL
    0  10-31-2000   91  TRANSFER IN
                        GREENE
 5238  10-31-2000   37  POSTAGE
                                                             -.77       -456.25
 5238  10-31-2000   37  POSTAGE
                                                             -.99       -457.24
 5238  10-31-2000   37  POSTAGE
                                                             -.99       -458.23
    0  10-31-2000   92  TRANSFER OUT
                        GREENE
    0  10-31-2000   91  TRANSFER IN
                        CAMP HILL
 6913  10-31-2000   37  POSTAGE
                        POSTAGE DONE 10/31/2000             -2.09       -460.32
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM         RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING        DATE 12/19/2000
REMOTE PRINT TIME 13:06           FROM ACTIVE FILE            PAGE           2

      INMATE    NAME
      NUMBER    LAST             FIRST            MI
      BQ3219    JAE              JOHN             R

BATCH    DATE                                         TRANSACTION  BALANCE AFTER
  #    MO DY YEAR     TRANSACTION DESCRIPTION           AMOUNT      TRANSACTION

   0   10-31-2000  92  TRANSFER OUT
                       CAMP HILL
   0   10-31-2000  91  TRANSFER IN
                       GREENE
   0   11-01-2000  92  TRANSFER OUT
                       GREENE
   0   11-01-2000  91  TRANSFER IN
                       CAMP HILL
6925   11-01-2000  37  POSTAGE
                       U.P.S.                           -3.47         -463.79
   0   11-01-2000  92  TRANSFER OUT
                       CAMP HILL
   0   11-01-2000  91  TRANSFER IN
                       GREENE
5312   11-07-2000  37  POSTAGE
                                                        -1.21         -465.00
5341   11-09-2000  37  POSTAGE
                                                         -.99         -465.99
5397   11-16-2000  37  POSTAGE
                                                         -.77         -466.76
5397   11-16-2000  37  POSTAGE
                                                         -.55         -467.31
5397   11-16-2000  37  POSTAGE
                                                         -.77         -468.08
5397   11-16-2000  37  POSTAGE
                                                         -.99         -469.07
5472   11-27-2000  37  POSTAGE
                                                        -2.97         -472.04
5472   11-27-2000  37  POSTAGE
                                                         -.55         -472.59
5472   11-27-2000  37  POSTAGE
                                                         -.55         -473.14
5541   12-04-2000  37  POSTAGE
                                                         -.55         -473.69
5541   12-04-2000  37  POSTAGE
                                                         -.99         -474.68
5541   12-04-2000  37  POSTAGE
                                                         -.99         -475.67
5541   12-04-2000  37  POSTAGE
                                                         -.99         -476.66
5608   12-11-2000  37  POSTAGE
                                                        -4.30         -480.96
5608   12-11-2000  37  POSTAGE
                                                        -1.21         -482.17
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM        RUN       IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING       DATE 12/19/2000
REMOTE PRINT TIME 13:06            FROM ACTIVE FILE           PAGE           3

     INMATE      NAME
     NUMBER      LAST                    FIRST        MI
     BQ3219      JAE                     JOHN         R

   BATCH      DATE                                         TRANSACTION  BALANCE AFTER
     #     MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

   5619   12-12-2000  37  POSTAGE
                                                              -.77         -482.94
   5619   12-12-2000  37  POSTAGE
                                                              -.77         -483.71
   5675   12-18-2000  37  POSTAGE
                                                              -.33         -484.04
   5675   12-18-2000  37  POSTAGE
                                                              -.33         -484.37

                    BALANCE AFTER THESE TRANSACTIONS------>               -484.37
```