"Please File In Case"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(9)
2-2-01
SC

ORIG

JOHN RICHARD JAE

Plaintiff,

vs.

SUPERINTENDENT DRAGOVICH,
OFFICER VALENTINE,
OFFICER ZIMMERMAN,
OFFICER TAYLOR,
OFFICER Novak
OFFICER NEY and
OFFICER SWIFT,

Defendants.

CIVIL No. 1: CV-00-215

U.S. District Judge Ro...

Magistrate Judge Smyser

"JURY TRIAL DEMAND

FILED
HARRISBURG, PA

FEB 1 2001

MARY E. D'ANDREA, CL...
Per _____
Deputy Clerk

AMENDED COMPLAINT

COMES NOW, the Plaintiff John Richard Jae, Pro Se and Infor...
as a Layman Unlettered in the Arts & Sciences of the Laws & Legal ...
within the United States & now files his Amended Complaint h...
the above-captioned Civil Rights Action, & who, avers, deposes ...

1. That, he is John Richard Jae, the Plaintiff & Pro Se Counsel ...
above-entitled Civil Rights Action and he makes this Amended ...
pursuant to Fed. R. Civ. P., Rule 15(a).

2. Plaintiff John Richard Jae filed his Initial Civil Rights ...
pursuant to 42 U.S.C. §1983, herein the above-captioned Civil ...
on About November 26, 2000.

3. Plaintiff John Richard Jae, now amends his Initial Compl...
as a matter of right, pursuant to Fed. R. Civ. P. Rule 15(a), and in...
herein by reference hereunto the same, all of that stated & set fo...
his Initial Complaint and avers, deposes & states, as follows=

4. When Plaintiff Complained to Defendant ▬ Sup...
Dragovich about the acts, actions & conduct of Defendants Va...
Zimmerman, Taylor, Novak, Ney and Swift, in opening & refusing ...

" You have a lot of nerve complaining given your poor behavior and constant abuse of our staff! When you can start acting like a human being, we can talk — Right now, your credibility is __nil__!! ("Quote/Endquote!!).

5. That, the above-reply letter to Plaintiff was dated, Sept. 26, 2000.

6. That, the above-response of Defendant Superintendent Dragovich, amounts to illegal retaliation for Plaintiff's beh. for which the Plaintiff had already been punished for by the P.B. Hearing Examiner and which shows ████ such Defendants unwillingness to remedy the acts, Actions & Conduct of Defend. Valentine, Zimmerman, Taylor, Novak, Ney and Swift, and furthers shows Defendant Dragovich's unwillingness to follow and comply with Plaintiff's Rights and the law under the Eighth Amendment of the ████ United Sta. Constitution.

7. That, by opening and refusing to close the windows in the r. when it was really cold out, Defendants Valentine, Zimmerman, Taylor, Novak, Ney and Swift each caused the Plaintiff to be subj. to imminent danger of serious physical injury because such caus. Plaintiff to be placed at risk of catching pneumonia from the cold air c. thru the open windows.

"AND PLAINTIFF FURTHER SAYETH NAUGHT."

"I declare under the penalty of perjury that the foregoing is true correct, pursuant to 28 U.S.C. §1746."

RESPECTFULLY SUBMITTED

28th JANUARY 2001=    (s) John Richard Joe
                      MR. JOHN RICHARD JAE
                      #BQ-3219
                      SCI-Pittsburgh
                      P.O. Box 9999

Jiae vs. Dragovich, et al.,
CIVIL No.- 1:CV-00-2123
<u>CERTIFICATE OF SERVICE</u>

I Certify that on 1/29/01, I mailed to the Pers
listed below by 1st class U.S. Mail, Postage Pre
a true & correct carbon copy of the within Ame
Complaint for each Defendant Herein TRIS above-ent
Civil Action.

I certify that on 1/29/01, I gave to Prison Officials h
for mailing to the court, the Original of the above-same doc

"I certify under penalty of perjury & Pursuant to 28 U.C. §
that the above, Is true & correct."

MR. Ben C. Livingood,
Superintendent's Assistant
SCI-Camp Hill
P.O. Box 200 Road
Camp Hill, PA- 17001-8837

Dated/Executed on:                    (S) _____ John Richard
29th JANUARY 2001:                         MR. JOHN RICHARD
At: Pittsburgh, Pennsylvania:              Plaintiff and Pro Se Cou