*sealed*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. 1:00-CV-2123 |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| SUPERINTENDENT DRAGOVICH, OFFICER VALENTINE, OFFICER ZIMMERMAN, OFFICER TAYLOR, OFFICER NOVAK, OFFICER NEY, and OFFICER SWIFT, | : | FILED HARRISBURG, PA  FEB 6 - 2001  MARY E. D'ANDREA, CLERK PER_____ DEPUTY CLERK |
| Defendants | : | |

### CASE MANAGEMENT ORDER

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on December 7, 2000. On January 29, 2001, a waiver of service of summons was filed. The following case management deadlines govern this case.

1. **Discovery Deadline**. All discovery shall be planned and commenced so as to be completed by **August 6, 2001**.

AO 72A

2. **Discovery Limitations.** In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions.** Any discovery-related motion shall be filed on or before **August 13, 2001**. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions.** Any dispositive motion shall be filed, as well as the supporting brief, on or before **October 8, 2001**.

5. **Consent.** On or before **June 6, 2001**, counsel for the defendants shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that

2

AO 72A

there is not mutual consent to have a magistrate judge serve as the judge of the case.

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will be granted only when good cause is shown and a motion is timely made.

                                                J. Andrew Smyser
                                                Magistrate Judge

Dated: **February 6, 2001.**

3

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      February 6, 2001


Re:  1:00-cv-02123   Jae v. Dragovich


True and correct copies of the attached were mailed by the clerk
to the following:


     John Richard Jae
     SCI-GREENE
     #BQ-3219
     175 Progress Drive
     Waynesburg, PA  15370

     Michael L. Harvey, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, PA  17120



cc:
Judge                         ( )        ( ) Pro Se Law Clerk
Magistrate Judge              ( )        ( ) INS
U.S. Marshal                  ( )        ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )   PA Atty Gen  ( )
                                       DA of County ( )   Respondents  ( )
Bankruptcy Court              ( )
Other_____  ( )

                                            MARY E. D'ANDREA, Clerk
```

DATE: _____2-6-01_____   BY: ___[signature]___
                                  Deputy Clerk