IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                :
                                 :
            Plaintiff            :
                                 :     No. 1: CV-00-2123
      v.                         :
                                 :     (Judge Rambo)
SUPERINTENDENT DRAGOVICH,        :
et al.                           :     (Magistrate Judge Smyser)

FILED
HARRISBURG
FEB 22 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this _22ND_ day of _FEBRUARY_, 2001, upon consideration of defendants' motion for enlargement of time to respond to the complaint, it is hereby ordered that (Doc. 13) the motion is granted. Defendants may file their response to complaint on or before March 6, 2001.

_____
~~Sylvia H. Rambo~~
United States ~~District~~ Judge
       Magistrate

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 22, 2001

Re:  1:00-cv-02123    Jae v. Dragovich

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-P
SCI at Pittsburgh
BQ-3219
P.O. Box 99901
Pittsburgh, PA  15233

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

```
cc:
Judge                          ( )        ( ) Pro Se Law Clerk
Magistrate Judge               (✓)        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                         DA of County  ( )   Respondents  ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _2/22/01_                                    BY: _[signature]_
                                                                                                      Deputy Clerk