From The Desk Of:
Mr. John Richard Joe,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA- 15370-8089

February 25, 2001

To: The Office Of The Clerk,
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA- 17108-0983

Re: Joe vs. Kyler, et al.,
Civil No. 1:CV-00-0315

Re: Joe vs. Clark, et al.,
Civil No. 1:CV-00-1090

Re: Joe vs. Wexford Health Services, Inc.,
Civil No. 1:CV-00-1554

Re: Joe vs. Damovich, et al.,
Civil No. 1:CV-00-2123

and:

Re: Joe vs. Corrections Officer Lester,
Civil No. 1:CV-01-0041

Dear Clerk:

Please be advised that effective imm[ediately] the Plaintiff's address of record in each of the ab[ove] captioned Civil cases is changed back to: Mr. [John] Richard Joe, #BQ-3219, SCI-Greene/SMU, 175 Progress [Drive,] Waynesburg, PA- 15370-8089.

Sincerely,
Mr. John Richard Joe

CC: Mr. James D. Young, Esq.(s)
    Mr. Robert M. White, Esq.