IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(18)
4-12-01

JOHN RICHARD JAE,
Plaintiff,

vs.

SUPERINTENDENT DRAGOVICH, et al.,
Defendants.

ORIGINAL

No. 1:CV-00-2123

U.S. District Judge Rambo
Magistrate Judge Smyser

FILED
APR 11 2001
PER _____ HARRISBURG DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, pro se Counsel, John Richard, moves this Court for an enlargement of time in which to file & serve his Reply Brief in Opposition to Defendants' Motion to Dismiss the Complaint, herein, & who, avers, deposes & states in support thereof as:

1. Due to the facts that, Plaintiff needs to have copies made of the Appendix to his Reply Brief in Opposition to Defendants' Motion to Dismiss the Complaint, herein, but he is totally financially indigent with no money at to pay for the photo copies of such & the Prison does "not" provide free photocopying, the Plaintiff must send such out to his Christian friend for photocopying of such & Plaintiff's Christian friend is presently over in Africa on a mission trip and will not return back to the States until May 1, 2001, & will need at least two weeks to get these photo copies made and returned back here to this Plaintiff, & that, Plaintiff is confined in the Special Management Unit here & the Prison severely limits the amount of time & hours which the Plaintiff can go & use the SMU mini Law Library here (to once a month for two (2) hours), Plaintiff is unable to file & serve his Reply Brief in Opposition to Defendants' Motion to Dismiss the Complaint by present due date for such of April 6, 2001, & thus he requests an enlargement of time of forty-five (45) days from this date in which to file & serve his Reply Brief in Opposition to Defendants' Motion to Dismiss the Complaint and Appendix, herein this case.

(S)

Dated: 5th APRIL 2001

RESPECTFULLY SUBMITTED,
John Richard Jae
MR. JOHN RICHARD JAE
#BQ-3319
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA 15370

Jae vs. Dragovich, et al.,
CIVIL No. 1:CV-00-2123

## CERTIFICATE OF SERVICE

I certify that on 4-06-01, I mailed to the person listed below a true & correct carbon copy of the within Plaintiff's Motion for Enlargement of Time, by First-Class U.S. Mail, Postage Prepaid, addressed to:

Mr. Michael L. Harvey,
Senior Deputy Attorney General
Office of the Attorney General
of Pennsylvania
15th Floor, Strawberry Square
Harrisburg, PA. 17120

I certify that on 4-06-01, I gave the original of the above same to Prison Official's here for mailing to this court.

I certify under penalty of perjury & pursuant to 28 U.S.C. §1746 that the above, is true & correct.

Dated/Executed on:
6th April 2001
At: Waynesburg, Pennsylvania

(S) _____John Richard_____
Mr. John Richard
#BQ-3219
SCI-Greene/CMU
175 Progress Drive
Waynesburg, PA. 15370

Plaintiff and Pro Se Counsel