UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:00-CV-2123** |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUPERINTENDENT DRAGOVICH, | : | |
| OFFICER VALENTINE, | : | |
| OFFICER ZIMMERMAN, | : | |
| OFFICER TAYLOR, | : | |
| OFFICER NOVAK, | : | |
| OFFICER NEY, and | : | |
| OFFICER SWIFT, | : | |
| | : | |
| Defendants | : | |

<u>ORDER</u>

On December 7, 2000, the plaintiff commenced this 42 U.S.C. § 1983 action by filing a complaint. On February 1, 2001, the plaintiff filed an amended complaint.

On March 6, 2000, the defendants filed a motion to dismiss the complaint. The plaintiff has not filed a brief in opposition to the motion to dismiss as required by Local Rule 7.6, Rules of Court, M.D. Pa.

AO 72A
(Rev.8/82)

Generally, a dispositive motion may not be granted merely because it is unopposed. However, when a plaintiff fails to prosecute an action or fails to comply with a court order, the court may dismiss the action pursuant to Fed.R.Civ.P. 41(b) of the Federal Rules of Civil Procedure.

AND NOW, this 12th day of April, 2001, **IT IS HEREBY ORDERED** that the plaintiff shall file a brief in opposition to the motion to dismiss on or before April 27, 2001. If the plaintiff fails to file a brief in opposition within this time we will consider recommending that this action be dismissed pursuant to Fed.R.Civ.P. 41(b), by application of the factors in *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863, 868 (3d Cir. 1984).

J. Andrew Smyser
Magistrate Judge

Dated: April 12, 2001.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 12, 2001

Re:  1:00-cv-02123    Jae v. Dragovich

True and correct copies of the attached were mailed by the clerk to the following:

```
John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120
```

```
cc:
Judge                         ( )              ( ) Pro Se Law Clerk
Magistrate Judge              (✓)              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other _____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 4/12/01                                    BY: _____
                                                      Deputy Clerk