From The Desk Of:
MR. John Richard Jae,
#BQ-3219
SCI Greene/SMU
175 Progress Drive
~~[redacted]~~
Waynesburg, PA. 15370-8089
April 16, 2001

ORIGINAL

RECID

FILED
APR 20 2001

To: Ms. Melissa Sayres, Law Clerk to
US. Magistrate Judge J. Andrew Smyser,
United States District Court
Middle District of Pennsylvania
P.O. Box 827, Federal Building
228 Walnut Street
Harrisburg, PA. 17108-0827

FILED
HARRISBURG, PA
APR 20 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

mag. hngser

Re: Jae vs. Dragovich, et al., and Jae vs. Kyler, et al.,
CIVIL No. 1: CV-00-2123    CIVIL No. 1: CV-00-0315

Dear Ms. Sayres:
        I am writing & sending you this here letter on the above
Civil Rights Action, as on 4-14-01, I received a court order in the above-
captioned Civil Action, from U.S. Magistrate Judge Smyser, dated, April
2001, stating, on March 6, 2000, the defendants filed a motion to dismiss
complaint. The plaintiff has not filed a brief in opposition to the motion to
dismiss as required by Local Rule 7-6, Rules of Court, M.D. Pa. further ordered
that the plaintiff shall file a brief in opposition to the motion to dismiss
on or before April 27, 2001. However, there is a problem here on this, as on
April 6, 2001, I mailed in to the Clerk's office, for filing in of the
plaintiff's motion for enlargement of time in which to file & serve a brief
in opposition to defendants' motion to dismiss, in the above entitled action,
and requesting an enlargement of time until May 21, 2001, in which to file
his brief. Did you not receive such? Also, on April 6, 2001, I ___
briefs in opposition to defendants' briefs in opposition to plaintiffs'
motion for order to permit plaintiff to communicate with inmate at SCI
& defendants' briefs in opposition to plaintiffs' motion for an order for
chaplain Rev. Vogel and officer Charlie Craig to sign affidavits for plaintiff, in
Kyler, et al., Civ. No. 1: CV-00-0315. Did you not receive such? Also, please ___
the case files for these documents & reply back to me in writing. ___

                                                Sincerely,
                                                John Richard ___
cc: Mr. Michael L. Harvey, DAG             (s)    JOHN RICHARD ___

mb
responded
4/24