**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

April 24, 2001

FILED
HARRISBURG, PA
APR 24 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

John Richard Jae
BQ-3219
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-8089

Re: Jae v. Kyler; 1:CV-00-0315
    Jae v. Dragovich; 1:CV-00-2123

Mr. Jae:

   I am in receipt of your letter to me dated April 16, 2001 and received on April 20, 2001. In your letter you ask if the court has received certain documents that you filed in the above-captioned cases. The court has received the documents you inquire about: your motion for an extension of time to file a brief in opposition to the defendants' motion to dismiss in 1:CV-00-2123 was filed on April 11, 2001; and your reply briefs in support of your motion for an order allowing you to communicate with another inmate and your motion for an order requiring Vogel and Craig to sign affidavits were filed on April 11, 2001.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Michael L. Harvey