IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : |
| Plaintiff | : |
| v. | : No. 1: CV-00-2123 |
| | : (Judge Rambo) |
| SUPERINTENDENT DRAGOVICH, et al. | : (Magistrate Judge Smyser) |

### ORDER

AND NOW, this _18TH_ day of _JUNE_, 2001, upon consideration of defendants' motion for enlargement of time to file reply brief, *(DOC 24)* it is hereby ordered that the motion is granted. Defendants may file their reply brief in support of their motion to dismiss on or before June 22, 2001.

_____
~~Sylvia H. Rambo~~   J. ANDREW SMYSER
United States ~~District~~ Judge
                  MAGISTRATE

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 18, 2001

Re: 1:00-cv-02123    Jae v. Dragovich

True and correct copies of the attached were mailed by the clerk to the following:

```
John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120
```

```
cc:
Judge                           ( )           ( ) Pro Se Law Clerk
Magistrate Judge                ( )           ( ) INS
U.S. Marshal                    ( )           ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____6-18-01_____          BY: _____/s/_____
                                          Deputy Clerk