From the desk of:
Mr. John Richardge,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370-8089

June 22, 2001

To: Mr. Michael L. Harvey, SDAG
Office of the Attorney General of Pennsylvania
15th Floor - Strawberry Square
Harrisburg, PA. 17120

Re: <u>Jae vs. Dragovich, et al.
Civil No. 1:CV-00-2123</u>

Dear Mr. Harvey:

I am in receipt of your June 7, 2001, letter to me which you request that I ~~either~~ either sign the consent form you enclosed or notify you by letter that I am not interested in having magistrate judge conduct the proceedings in this case and I am herein writing responding accordingly.

I would be willing to consent to the exercise of magistrate judge conducting all further proceedings in this providing you withdraw Defendants' Motion to Dismiss Complaint in this case & allow this case to go to trial, as it should be.

If you are unwilling to do this, than I am unwilling to consent to something which makes it easier for you & rights-violating clients and you can go pound salt!

Sincerely,

(s) _____
Mr. John Richard S
Plaintiff and Pro Se Counsel



JUDGE'S COPY
Copy 27
FILED
HARRISBURG, PA
JUN 27 2001
MARY E. D'ANDREA, CL
Per _____
RECEIVED
JUN 27 2001
PER _____
HARRISBURG, PA.    DEPUTY CL

CC: Plaintiff's File
Civil No. 1:CV-00-2123



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

June 7, 2001

MIKE FISHER
ATTORNEY GENERAL

**REPLY TO:**
15th Floor, Strawberry Square
Harrisburg, PA 17120
PHONE: (717) 783-6896
FAX: (717) 772-4526

John Richard Jae, BQ-3219
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-2902

    RE:    <u>Jae v. Dragovich, et al.</u>
             No. 1:00-CV-2123 (M.D. Pa.)

Dear Mr. Jae:

    I have enclosed a form for Consent to the Exercise of Jurisdiction by a United States Magistrate Judge. The Court has requested that I notify it as to whether the parties consent to the magistrate judge conducting the proceedings in this matter. I am willing to so consent. If you want the magistrate judge to conduct all further proceedings in the case, including trial, order of entry of final judgment and all post-judgment proceedings, please sign and date the form at the appropriate line and return it to me. I will then sign it and file it. If you are not interested in having the magistrate judge conduct the proceedings in this case, I would appreciate a letter stating that.

    Thank you for your attention to this matter.

                                      Very truly yours,

                                      **MICHAEL L. HARVEY**
                                      Senior Deputy Attorney General

MLH/cmt
Enclosure

AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

v.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number:

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to _____ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c) Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____         _____
Date                       United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE