IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
   Plaintiff,

vs.

SUPERINTENDENT DRAGOVICH, et al.,
   Defendants.

Civil No. 1:CK-00-
U.S. District Judge
Magistrate Judge Smy

**ORIGINAL**
FILED
HARRISBURG
JUL 27 2001
MARY E. D'ANDREA, CLERK
Per ____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman unlettered in the Arts & Sciences of the Legal Procedures within the United States, who, pursuant to Fed.R. Rule 6(b), files his Motion For Enlargement Of Time & avers, deposes:

1. On July 11, 2001, U.S. Magistrate Judge J. Andrew Smy ser, his Report And Recommendation, recommending that Defendants', to Dismiss, be granted, herein the above-entitled Civil Action.

2. Plaintiff's Written Objections to such Report And Recommend presently due on July 25, 2001.

3. Plaintiff is today filing a Petition For Writ of Mandamus Brief In Support, herein the above-entitled Civil Action.

4. Based upon the facts presented in the Petition & in lig the Plaintiff's need for this Court to rule on the Petition to the Plaintiff preparing & filing his Written Objection Plaintiff needs and requests that this Court grant him a enlargement of time of thirty (30) days from the date w this Court rules on & decides Plaintiff's Petition For Writ Of M to file and serve his Written Objections to the U.S. Magist Judge's Report And Recommendation of July 11, 2001, herein.

RESPECTFULLY S
(s) _____
MR. JOHN RICHARD
#BQ-3319
SCI-Greensburg
The Progress Dri
Waynesburg, PA 15

Dated: 22nd July 2001.

## CERTIFICATE OF SERVICE

I certify that on 7/22/01, I mailed to the person listed below a [true] & correct carbon copy of each of the Plaintiff's Petition Writ of Mandamus and Brief in Support and Motion For Enlargement of Time by U.S. 1st Class Mail, postage prepaid & addressed [to]:

Mr. Michael L. Harvey, SDAG,
Office of the Attorney General of Pennsylvania
15th Floor - Strawberry Square
Harrisburg, PA. 17120

I certify that on 7/22/01, I gave the originals of the above documents to Prison Officials here for mailing to the [Court].

Signed under penalty of perjury on this 22nd day of July, Waynesburg, Pennsylvania.

(S) ____John Richards____
MR. JOHN RICHARDS
Plaintiff and Pro Se

U.S. POSTAGE
$1.26
PB METER
7035751
WAYNESBURG PA
JUL 25'01