see att

(32)
8-15-01
SC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,

    Plaintiff

v.

SUPERINTENDENT DRAGOVICH,
et al.

: No. 1: CV-00-2123
:
: (Judge Rambo)
:
: (Magistrate Judge Smyser)

FILED
HARRISBURG, PA
AUG 1 4 2001
MARY E. D'ANDREA, CL
PER. _____ DEPUTY CLERK

## ORDER

AND NOW, this __14__ day of __August__, 2001, upon consideration of defendants' motion for enlargement of time to file opposing brief, it is hereby ordered that the motion is granted. Defendants may file a brief in opposition to plaintiff's petition for writ of mandamus on or before August 27, 2001.

J. Andrew Smyser
**United States Magistrate Judge**