33
8/15/01
MA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. 1:00-CV-2123 |
| Plaintiff | : | |
| v. | : | |
| SUPERINTENDENT DRAGOVICH, OFFICER VALENTINE, OFFICER ZIMMERMAN, OFFICER TAYLOR OFFICER NOVAK, OFFICER NEY and OFFICER SWIFT, | : | FILED<br>HARRISBURG, PA<br>AUG 1 5 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |
| Defendants | : | |

## ORDER

Before the court is a Report and Recommendation of the magistrate judge. Plaintiff has filed a motion for an extension of time to file objections to the Report and Recommendation. Plaintiff has also filed a petition for a writ of mandamus. The latter document has not been served on Defendants as required under Middle District of Pennsylvania Local Rule 7.2. Unitl such time as a response has been filed or the time in which to do so has expired, the motion for mandamus will not be addressed.

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for an extension of time is **GRANTED**. Objections to the Report and Recommendation shall be filed on or before August 27, 2001. No further extensions will be granted under any circumstances.

SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 15, 2001

Re: 1:00-cv-02123   Jae v. Dragovich

True and correct copies of the attached were mailed by the clerk to the following:

```
John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square 15th Floor
Harrisburg, PA  17120
```

```
cc:
Judge                          (X)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

8/15/01