IN THE UNITED STATES DISTRICT COURT  
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Judge

JOHN RICHARD JAE,  
    Plaintiff,

vs.

SUPERINTENDENT DRAGOVICH,  
OFFICER VALENTINE, OFFICER  
ZIMMERMAN, OFFICER TAYLOR,  
OFFICER NOVAK, OFFICER NEY and  
OFFICER SWIFT,  
    Defendants.

CIVIL NO. 1: CV-00-212[?]

U.S. District Judge Rambo  
Magistrate Judge Smyser

FILED  
HARRISBURG  
AUG 27 2001  
MARY E. D'ANDREA, CLERK  
Per _____ DEPUTY CLERK

Copy (34)

PETITION FOR RECONSIDERATION OF THIS COURT'S AUGUST 15, 2001, ORDER AND BRIEF IN SUPPORT

COMES NOW, the Plaintiff and Pro Se Counsel John Richard Jae, [in the] above-captioned civil action, as a layman unlettered in the arts & sciences of the law & legal [research] within the United States, who, pursuant to Fed. R. Civ. P. 60(b)(6) and M.D. LR [?] now files his Petition for Reconsideration of This Court's August 15, 2001 Order, herein [duly avers, defenses &c]

I. The Motion

1. On July 11, 2001, U.S. Magistrate Judge J. Andrew Smyser of this [Court] filed his U.S. Magistrate Judge's Report And Recommendation, herein the above-entitled [case], thus recommending that the Defendants' Motion to Dismiss be granted and [that the] Plaintiff's claims be dismissed without prejudice.

2. On July 22, 2001, Plaintiff John Richard Jae, filed his Motion For Enlargement Of Time (to file Plaintiff's written objections to the U.S. Magistrate Judge's Report [and] Recommendation of July 11, 2001), and his Petition For Writ Of Mandamus and A Brief In Support [of] this case. Due to this prison's refusal to mail out Defendant's counsel's copy [of] document on 7-22-01, counsel was not served with his copy of such until [later].

3. A true & correct carbon copy of both the Motion For Enlargement Of Time [and] Petition For Writ Of Mandamus were served upon counsel for the Defendants by First-Class Mail, postage prepaid, as required by Fed. R. Civ. P. 5(b) and M.D. [LR] on July 22, 2001.

4. On August 13, 2001, Defendants, by counsel, filed their Motion For Enlarge[ment of] Time To File Opposing Brief, herein this case.

5. In such Motion For Enlargement Of Time, Defendants claim that the [Deputy] Attorney General did not receive counsel's copy of the Brief Petition and Brief until Aug[ust ?] and request an enlargement of time until August 27, 2001, to file a brief opposing Plaintiff's petition of mandamus.

7. On August 15, 2001, U.S. District Judge Sylvia H. Rambo, of this Court, entered the following Order in this case:

"Before the Court is a Report and Recomendation of the magistrate Judge. Plaintiff has filed a motion for an extension of time to file objections the Report and Recomendation. Plaintiff has also filed a petition for a Writ of mandamus. The latter document has not been served on Defendants as required under Midd District of Pennsylvania Local Rule 7-2. Until such time as a Reply has been filed or the time in which to do so has expired, the motion for mandamus will not be addressed.

IT IS HEREBY ORDERED THAT Plaintiff's motion for an extension of time IS GRANTED. Objections to the Report and Recomendation shall filed on or before August 27, 2001. No further extensions will be gra under any circumstances."

8. Plaintiff Joe now files his Petition For Reconsideration of that August 15, 2001, Order And Brief In Support, herein this case, and moves Court, pursuant to Fed. R. Civ. P. 60(b)(6) and M.D. LR 7-10, to Recon and Vacate it's Order of August 15, 2001, based upon the following ar

II. BRIEF IN SUPPORT

Plaintiff Joe avers & submits that, this Court should recon and vacate it's August 15, 2001, Order, herein this case, because stated therein such Order is incorrect and erroneous, as Def Counsel has indeed been actually served with a copy of this Plaintiff's July 22, 2001, Petition For Writ Of Mandamus And Brief In Support, this case, as Counsel for the Defendants, freely admits that he was on August 6, 2001, therein Paragraph No. 5, p. 2, of Defendants' M Enlargement of Time To File Opposing Brief, herein this case, and th U.S. District Judge Rambo's statement in August 15, 2001, Order "The latter document has not been served on Defendants as requ Middle District of Pennsylvania Local Rule 7-2.", is simply untrue a

enough standing alone to justify Reconsideration of this Court's August 15, 2001 order, Plaintiff also avers & submits that, such August 15, 2001, order is unfair and unjust and it defies common sense because of and based upon that which this Plaintiff states & argues, therein his Petition for Writ of Mandamus And Brief In Support, at 3 and his Citation of Authorities, at 3-6. Plaintiff incorporates by reference hereunto the same, that is set forth in his Petition For Writ of Mandamus And Brief In Support, herein this case.

Obviously, if the Plaintiff complains in his Petition For Writ of Mandamus And Brief In Support that he does "not" have sufficient enough paper and carbon to prepare his Objections To The U.S. Magistrate Judge's Report And Recommendation and does "not" have any envelope manilla legal envelopes in which to mail objections to this Court and to counsel for the defendants in and that SMU Refuse to allow him to access his stored property to locate & take back to him with him his Court Case File/Papers in this case, and that he needs to all of such first before he can prepare, file & serve his Written Objections to U.S. Magistrate Judge's Report And Recommendation, herein this case, than common sense dictates that this Court needs to rule on his Petition For Writ of Mandamus And Brief In Support before it can realistically expect him to file and serve Written Objections To The U.S. Magistrate Judge's Report And Recommendation herein this case and that, since this Court has not yet ruled on Plaintiff's Petition For Writ Of Mandamus yet, this Plaintiff cannot file and serve his Written Objections To The U.S. Magistrate Judge's Report And Recommendation, by August 2001, herein this case.

(W)HEREFORE, based upon the above & foregoing, herein, as well as upon set forth & argued therein his Petition For Writ Of Mandamus And Brief In Support case, Plaintiff John Richard Doe, prays that this Court will reconsider and Vacate its order of August 15, 2001, herein this case, and will then enter order granting this Plaintiff the Relief which he requests therein paragraph No. 4, of his July 22, Motion For Enlargement of Time, herein this case.

AND HE SHALL EVER PRAY:
RESPECTFULLY SUBMITTED:

Dated: 22nd AUGUST 2001:  (S) _John Richard Doe_
MR. JOHN RICHARD DOE,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive

# CERTIFICATE OF SERVICE

I Certify that on 7/22/01, I mailed to the person listed below a & correct carbon copy of each, of the Plaintiff's Petition Writ of Mandamus And Brief In Support a.d. Motion for Enlargement of Time by U.S. 1st Class Mail, postage prepaid & addressed

Mr. Michael L. Harvey, SDAG,
Office of the Attorney General of Pennsylvania
15th Floor - Strawberry Square
Harrisburg, PA. 17120

I Certify that on 7/22/01, I gave the originals of the above documents to Prison Officer is here for mailing to this Court

Signed under penalty of perjury on this 22nd day of July 20
Waynesburg, Pennsylvania:

(S) _John Richard___
Mr. John Richard Jr.
Plaintiff and Pro Se Counsel

PLAINTIFF'S EXHIBIT -A-

JAE VS. KYLER, ET AL/
CIVIL NO. 1=CV-00-0213
CERTIFICATE OF SERVICE

| DC-138A CASH SLIP | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | |
|---|---|---|
| **1. REQUISITIONING INMATE** | | |
| INSTITUTIONAL NUMBER BQ 3219 | LOCATION HB-9 | DATE 8-01-01 |
| **2. RECEIVING INMATE** | | |
| INSTITUTIONAL NUMBER | LOCATION | DATE |
| **3. ITEMS TO BE CHARGED TO MY ACCOUNT** | | |
| For Postage, Outgoing Legal Mail TO= MR. Michael L. Harvey, SDAG Office of the Attorney General of Pennsylvania 15th Floor - Strawberry Square Harrisburg, PA - 17120 | | |
| I/M COPY | | |
| **4. INMATE'S SIGNATURE** John R. Jae | **5. OFFICIAL APPROVAL** | |
| **6. BUSINESS OFFICE'S SPACE** | | |
| CHARGE ENTERED $ 1.49 | DATE 8-2 | BOOKKEEPER |

served upon the pers
ect carbon copy o
sideration of this Coun
support; by way of U
addressed to:

nnsylvania

PRISON OFFICIALS here
the above-named a
d pursuant to 28 U.S.C.S

PLAINTIFF'S EXHIBIT - B -

Dated/Executed (1):
23rd AUGUST 2001:
At: Waynesburg, Pennsylvania:

M. Richard Jae
JOHN RICHARD JAE
#BQ-3219
SCI-Greene/RMU
175 Progress Drive
Waynesburg, PA- 15370-8
Plaintiff and Pro Se