# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                    :
                                     :
                    Plaintiff        :
                                     :    No. 1: CV-00-2123
        v.                           :
                                     :    (Judge Rambo)
SUPERINTENDENT DRAGOVICH,            :
et al.                               :    (Magistrate Judge Smyser)

### ORDER

**AND NOW,** this 30 day of August, 2001 upon consideration of

defendants' motion for leave to file their memorandum in opposition to plaintiff's

petition for a writ of mandamus two days out-of-time, the motion is **GRANTED.**

Defendants' brief is hereby deemed timely filed.

SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *


Re:  1:00-cv-02123    Jae v. Dragovich


True and correct copies of the attached were mailed by the clerk
to the following:


    John Richard Jae
    SCI-GREENE
    #BQ-3219
    175 Progress Drive
    Waynesburg, PA  15370

    Michael L. Harvey, Esq.
    Office of Attorney General
    Strawberry Square 15th Floor
    Harrisburg, PA  17120


cc:
Judge                       (X )          ( ) Pro Se Law Clerk
Magistrate Judge            ( )           ( ) INS
U.S. Marshal                ( )           ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                            to: US Atty Gen   ( )   PA Atty Gen ( )
                                DA of County  ( )   Respondents ( )

Bankruptcy Court            ( )
Other_____    ( )

                               MARY E. D'ANDREA, Clerk


DATE: August 30th, 2001                   BY: _____
                                          Deputy Clerk